B 493—Stipul Case 1:04-cv-02234-FB-JO    Document 19    Filed 06/15/2006    Page 1 of 1    JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

ORIGINAL

DISTRICT COURT

EATERN DISTRICT OF NEW YORK

Index No. 04/cv2234

MOHAMMAD ISLAM

against

Plaintiff(s)

against

ROBERT BUCKMAN and AVIS RENT A CAR

Defendant(s)

Calendar No.

STIPULATION DISCONTINUING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:

_____
The name signed must be printed beneath
CLAUDIA LOVIS
ZAWACKI, EVERETT, GRAY AND MCLAUGHLIN

Attorney(s) for Defendant(s)

116 JOHN STREET
NEW YORK, NY. 10038

Robert Buckman + Avis Rent a Car
_____
Defendant

_____
Address

_____
The name signed must be printed beneath

Attorney(s) for Plaintiff(s)

WILLIAM J. RITA
ATTORNEY AT LAW
291 Broadway Suite 1006
New York, NY 10007

_____
Defendant

_____
Address

So Ordered

6/15/06